IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DARYL F. HELLER, PARAMOUNT MANAGEMENT GROUP, LLC, and PRESTIGE INVESTMENT GROUP, LLC<br><br>　　　　　　　　　　Defendants. | Civil Action No. 5:25-cv-5036-CH |

## ENTRY OF APPEARANCE

Please enter my appearance as co-counsel for the plaintiff, Securities and Exchange Commission, in the above-captioned matter.

Dated: October 24, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Gregory R. Bockin
　　　　　　　　　　　　　　　　　　Gregory R. Bockin
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　Philadelphia Regional Office
　　　　　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 520
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Phone: (215) 597-3192
　　　　　　　　　　　　　　　　　　Fax: (215) 597-2740
　　　　　　　　　　　　　　　　　　Email: bocking@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify, this 24th day of October, 2025, that I served a true and correct copy of the foregoing Entry of Appearance of Gregory R. Bockin via U.S. regular mail upon the following defendants:

>Daryl F. Heller
>909 Greenside Drive
>Lititz, PA 17543
>
>Paramount Management Group, LLC
>c/o CT Corporation System
>2 1/2 Beacon Street
>Concord, NH 03301
>
>Prestige Investment Group, LLC
>c/o Registered Agents Inc.
>82 Wendell Avenue, Suite 100
>Pittsfield, MA 01201

s/ Gregory R. Bockin
Gregory R. Bockin