IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>DARYL F. HELLER, PARAMOUNT MANAGEMENT GROUP, LLC, and PRESTIGE INVESTMENT GROUP, LLC,<br><br>         Defendants. | Civil Action No. 25-cv-05036 (CH) |

**ORDER**

**AND NOW**, this 27th day of February, 2026, upon consideration of Defendants' Motion to Stay (Dkt. 12) and Plaintiff Securities and Exchange Commission's ("SEC") response thereto, it is hereby **ORDERED** that the Motion to Stay is **GRANTED**. It is hereby further **ORDERED** that:

1. Defendants' obligation to respond to the Complaint and all discovery and pending deadlines in this case are stayed pending resolution of the related criminal action in this district, *United States v. Daryl F. Heller*, Crim No. 25-366 (E.D. Pa.), or further order of this Court.

2. Nothing in this Order impedes the ability of the SEC to conduct any investigation of individuals or entities not named as Defendants in the SEC's Complaint.

             BY THE COURT:

             *s/ Catherine Henry*

             **HON. CATHERINE HENRY, U.S.D.J.**