IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>DARYL F. HELLER, PARAMOUNT MANAGEMENT GROUP, LLC, and PRESTIGE INVESTMENT GROUP, LLC,<br><br>*Defendants.* | Case No. 5:25-cv-5036-CH |

**ORDER**

**THIS MATTER** comes before the Court upon consideration of the unopposed Motion for Leave to Withdraw as Counsel for Defendant Prestige Investment Group, LLC only, filed by Alison Donahue Kehner, Esq., of DTO Law.  Having reviewed the submissions,

**IT IS** on this 27th day of February 2026,

**ORDERED** that the Motion for Leave to Withdraw as Counsel for Defendant Prestige Investment Group, LLC is **GRANTED.**

IT IS FURTHER **ORDERED** that Counsel is **WITHDRAWN** as counsel of record for Defendant Prestige only.

IT IS FURTHER **ORDERED** that Counsel shall remain counsel of record for Defendants Daryl F. Heller and Paramount Management Group, LLC.

*s/ Catherine Henry*

Hon. Catherine Henry, U.S.D.J.